

LARA EKA HOWARD
316 North Winnipeg Place Unit A
Long Beach, California 90814
Phone: 310-908-5977
E-mail: larahoward@mac.com
In Proper Person

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 8 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Fee Paid

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

LARA EKA HOWARD

       Plaintiff

vs

BANK OF AMERICA NA, a business form

unknown; RECONTRUST COMPANY NA;

DOES I through X, inclusive; and, ROE

CORPORATIONS, I through V, inclusive,

       Defendants

Case Number:

**CV11-00518 - VBF (SSx)**

Department:

**Complaint to Action of Quiet Title/
Lis Pendens/ Declaratory Relief/
Temporary Restraining Order and
Preliminary Injunction/
Violation of Regulation Z of the Truth in
Lending Act, pursuant to Title 5 U.S.C.
section 1635(a) and Title 12 CFR 226.23
(d)(i).**

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 1 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## COMPLAINT

COMES NOW the Plaintiff, LARA EKA HOWARD, and for their Complaint against

the Defendants above-named, state and allege as follows:

### JURISDICTION OF THE COURT

Jurisdiction of this Court is invoked under 28 U.S.C. Section 1343; and, 28 U.S.C.

Sections 1333 and 1337; Regulation Z of the Federal Truth in Lending Act/ GAAP/ the Federal

Reserve Board Regulation.

1

Court Name: U.S. District Court
Division: 2
Receipt Number: LA007819
Cashier ID: jacash
Transaction Date: 01/18/2011
Payer Name: DED LEGAL FORMS AND RESEARCH
-------------------------------------------
CIVIL FILING FEE
 For: DED LEGAL FORMS AND RESEARCH
 Case/Party: D-CAC-2-11-CV-000518-001
 Amount:     $350.00
-------------------------------------------
CHECK
 Check/Money Order Num: 1017
 Amt Tendered: $350.00
-------------------------------------------
Total Due:        $350.00
Total Tendered:   $350.00
Change Amt:       $0.00


No refunds without original
receipt. Returned checks will be
assessed a fee of $45.00.

Plaintiff also invoke the pendent jurisdiction of this Court to entertain claims arising under state law pursuant to 28 U.S.C 1367; and the Uniform Commercial Code (UCC) at UCC 3-601 and UCC 3-603, a certificate of protest of dishonor.

**PARTIES**

The Plaintiff is LARA EKA HOWARD, who is a resident of the State of California, residing at 316 North Winnipeg Place, Long Beach, California 90814.

The Defendants are:

1. BANK OF AMERICA NA, which on information and belief is a financial institution, duly authorized to do business in the State of California but with its principal place of business outside the State of California.

2. RECONTRUST COMPANY NA, which on information and belief is a financial institution, duly authorized to do business in the State of California but with its principal place of business unknown.

3. That the true names and capacities, whether individual, corporate, associate or otherwise of Defendants DOES I through X, and ROE CORPORATIONS, I through V, are unknown to Plaintiff, who therefore sue said Defendants by such fictitious names. Plaintiff are informed and believes and thereon alleges that each of the Defendants designated herein as DOES and ROE CORPORATIONS are responsible in some manner for the events and happenings herein alleged and Plaintiff will ask leave of this Court to amend this Complaint to insert the true names and capacities of DOES I through X and ROE CORPORATIONS, I through V, when the same have been ascertained and to join such Defendants in this action.

**RELEVANT FACTS**

1.     Plaintiff at all times was and is the fee owners of certain real estate commonly known as 316 North Winnipeg Place, Long Beach, California 90814, legally described according the legal description attached hereto as **Exhibit A**.

2.     On or about December 9th, 2010 the Plaintiff executed a Substitution Of Trustee And Full Re-conveyance, pursuant to which Alan-David; Tikal, Trustee of the KATN Revocable Living Trust was substituted as trustee for Defendant RECONTRUST COMPANY NA. A copy of the Substitution Of Trustee And Full Re-Conveyance is attached hereto as **Exhibit B**.

3.     On or about December 9th, 2010 the Plaintiff executed a Short Form Deed Of Trust And Assignment Of Rents to Alan-David; Tikal, Trustee of the KATN Revocable Living Trust. A copy of the said Deed of trust is attached hereto as **Exhibit C**.

4.     On or about December 11th, 2010 Alan-David; Tikal served the foregoing documents, Exhibits B and C by Certified Mail Return Receipt Requested on Defendants BANK OF AMERICA NA and RECONTRUST COMPANY NA.  No response was received from Defendants BANK OF AMERICA NA or RECONTRUST COMPANY NA.

5.     The Defendants, BANK OF AMERICA NA and RECONTRUST COMPANY NA have been or should have been informed about those proceedings and honor the filings with a cease and desist. The Defendants, BANK OF AMERICA NA and RECONTRUST COMPANY NA instead of honoring the attached document disregarded the cease and desist request and instead went forward with calling, sending letters and otherwise harassing the Plaintiff.

6.     Defendant BANK OF AMERICA NA has further failed to give full disclosure to Plaintiff pursuant to Regulation Z of the Federal Truth in Lending Act and Plaintiff is therefore seeking relief under said act.

7.     The Defendants BANK OF AMERICA NA and RECONTRUST COMPANY NA have refused to honor the agreement and stipulations between Plaintiffs and therefore have commenced this action.  Plaintiff challenges the validity of the foreclosure of the property in question and request that the foreclosure be dismissed.

WHEREFORE, Plaintiff pray that they be granted the following relief:

1.     For a judgment and order that Plaintiff are the current owner of the property located at 316 North Winnipeg Place, Long Beach, California 90814, free and clear of any right, title, the estate, Lien or interest of the defendants and each of them.

2.     For a judgment and order declaring that Alan-David; Tikal, Trustee of the KATN Revocable Living Trust was substituted as trustee for Defendant RECONTRUST COMPANY NA, pursuant to **Exhibit B,** attached hereto and that RECONTRUST COMPANY NA is therefore barred from acting in any capacity on behalf of itself or BANK OF AMERICA NA.

3.     For a judgment and order declaring that Short Form Deed Of Trust And Assignment Of Rents executed on December 9th, 2010 in favor of Alan-David; Tikal, Trustee of the KATN Revocable Living Trust, and attached hereto as **Exhibit C** is a priority lien against the real estate located at 316 North Winnipeg Place, Long Beach, California 90814 and that all other subordinate liens are invalid and should be removed as encumbrances to the title of the real estate.

4.     Declaring any mortgage or deed of trust claimed by any of the Defendants above-named invalid based on Defendants failure to comply with the Federal Truth in Lending Act.

5.      For a temporary restraining order and preliminary injunction restraining the foreclosure of the real estate.

6.      For Plaintiff' attorney's fees and costs incurred herein.

7.      For such other relief as the Court deems just and equitable in the circumstances.

Dated this  8ᵗʰ  day of ___January___ , 2011.


LARA EKA HOWARD
Plaintiff in Proper Person

5

## VERIFICATION

STATE OF CALIFORNIA   )
                      )   ss.
COUNTY OF LOS ANGELES )

That I, LARA EKA HOWARD, being first duly sworn on oath states and deposes, as follows:

That I am one of the parties in the above-entitled action; that I have read the foregoing COMPLAINT and know the contents thereof; that the same is true of my own knowledge and belief, except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

_____
LARA EKA HOWARD

Subscribed and sworn to before me

this 8th day of JANUARY , 2011.

_____
NOTARY PUBLIC

LISA M. JACKMAN
COMM. # 1879220
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. FEB. 4, 2014

## ACKNOWLEDGMENT

STATE OF CALIFORNIA   )
                      )   ss.
COUNTY OF LOS ANGELES )

On this 8th day of JANUARY , 2011, before me the undersigned Notary Public in and for said County and State, appeared LARA EKA HOWARD, known to me to be the person described in and who executed the foregoing instrument and who acknowledged to me that she did so freely and voluntarily and for the uses and purposes mentioned therein.

WITNESSETH my hand and official seal.

_____
NOTARY PUBLIC

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true & correct

6

LISA M. JACKMAN
COMM. # 1879220
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. FEB. 4, 2014

Exhibit 'A'

## EXHIBIT "A"

THE REAL PROPERTY SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

LOT 40 OF THE ANDREWS AND ESPEY TRACT, IN THE CITY OF LONG BEACH, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 7, PAGE(S) 187 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 7257-021-026

Exhibit 'B'

RECORDING REQUESTED BY AND WHEN
RECORDED MAIL TO YOU
... @whitfield.com
...

WHEN RECORDED MAIL TO

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## AFFIDAVIT OF MAILING
## FOR SUBSTITUTION OF TRUSTEE BY CODE

... A WIDOW AND A SINGLE WOMAN ...

..., A TRUSTEE SALE OFFICER, declare: That I am an officer, agent or ... OF [THIS COMPANY] ... whose business address is 1800 Tapo Canyon Rd., ... SIMI VALLEY, CA 93063

... on 01/05/19/2010, by Certified and First Class mail, enclosed in ... I ... designated in the United States Mail copies of ... the Substitution of Trustee ... under the Deed of Trust described in said

... mailed only to the recording thereof, in the manner, ... State of California to all persons to whom a copy of ... ... mailed with provisions of said section.

... penalty under the laws of the State of California that the foregoing

RECORDING REQUESTED BY

Lara Eka Howard

AND WHEN RECORDED MAIL TO

NAME:  CAA, Inc.

ADDRESS:  6767 W. Tropicana Ave., #101

CITY:  Las Vegas
STATE & ZIP:  Nevada 89103



12/09/2010

*20101819972*

| TITLE ORDER NO. | ESCROW NO. | APN: 7257-021-026 |
|---|---|---|

# SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS (INDIVIDUAL)

This Deed of Trust, made this 26th. day of  November, 2010  , between  **Lara Eka Howard, A Single Woman** , herein called

Trustor,

whose address is  **316 North Winnipeg Place, Unit A, Long Beach, CA 90814**   and

**CAA, Inc.,** herein called Trustee, and **Alan-David:Tikai, Trustee of the KATN Revocable Living Trust,** herein called Beneficiary,
**Witnesseth:** That Trustor **IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF
SALE,** that property in     **Los Angeles**                                                                                    County, California, described as:

## See Exhibit "A" attached hereto and made a part hereof

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by
paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.
For the Purpose of Securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness
evidenced    by    one    promissory    note    of    even    date    herewith,    and    any    extension    or    renewal    thereof,    in    the    principal    sum    of
$    225,075.00                                                   executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then
record owner of said property may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured.
    To Protect the Security of This Deed of Trust, Trustor Agrees: By the execution and delivery of this Deed of Trust and the rate secured hereby, that
provisions (1) to (14), inclusive, of the fictitious deed of trust recorded October 23, 1961, in the book and at the page of Official Records in the office of the
county recorder of the county where said property is located, noted below opposite the name of such county, viz.:

| COUNTY | DATE | BOOK | PAGE | COUNTY | DATE | BOOK | PAGE | COUNTY | DATE | BOOK | PAGE | COUNTY | DATE | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IMPERIAL | 9/10/68 | 1267 | 574 | ORANGE | 9/6/68 | 8714 | 147 | SAN BERNARDINO | 9/6/68 | 7090 | 14 | SANTA BARBARA | 9/6/68 | 2244 | 922 |
| KERN | 9/6/68 | 4195 | 363 | VENTURA | 9/6/68 | 3363 | 64 | SAN LUIS OBISPO | 9/10/68 | 1489 | 429 | LOS ANGELES | 8/28/68 | T5910 | 842 |
| RIVERSIDE | 9/10/68 | | ACCOUNT = 87097 YEAR 1968 | | | | | SAN DIEGO | 9/10/68 | | | SERIES 9 BOOK 1968 PAGE 155620 | | | |

(which provisions, identical in all counties, are printed on the reverse hereof) hereby are adopted and incorporated herein and made a part hereof as fully as
though set forth herein at length; that he will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions
shall be construed to refer to the property, obligations, and parties set forth in this Deed of Trust.
    The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore
set forth.

Lara Eka Howard

**\*SEE ATTACHED NOTARY ACKNOWLEDGEMENT**



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Valerie Baker Fairbank and the assigned discovery Magistrate Judge is Suzanne H. Segal.

The case number on all documents filed with the Court should read as follows:

## CV11- 518 VBF (SSx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division** 312 N. Spring St., Rm. G-8 Los Angeles, CA 90012 | [ ] **Southern Division** 411 West Fourth St., Rm. 1-053 Santa Ana, CA 92701-4516 | [ ] **Eastern Division** 3470 Twelfth St., Rm. 134 Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Lara Eka Howard
316 North Winnipeg Place Unit A
Long Beach, CA 90814

# FOR OFFICE USE ONLY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lara Eka Howard | CASE NUMBER |
| PLAINTIFF(S) | CV11-00518-VBF(SSx) |
| v. | |
| Bank of America NA, (see attachment) | SUMMONS |
| DEFENDANT(S). | |

TO:    DEFENDANT(S): _____

# FOR OFFICE USE ONLY

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, Lara Eka Howard _____, whose address is 316 North Winnipeg Place Unit A, Long Beach, CA 90814 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___JAN 1 8 2011___     By: ___ANDRES REDRO___
                                    Deputy Clerk

                                    (Seal of the Court)
                                    1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# FOR OFFICE USE ONLY

LARA EKA HOWARD
316 North Winnipeg Place Unit A
Long Beach, California 90814
Phone: 310-908-5977
E-mail: larahoward@mac.com
In Proper Person

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

JAN 18 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Fee Paid

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV11-00518 - VBF (SSx)

LARA EKA HOWARD

Plaintiff

vs

BANK OF AMERICA NA, a business form

unknown; RECONTRUST COMPANY NA;

DOES I through X, inclusive; and, ROE

CORPORATIONS, I through V, inclusive,

Defendants

Case Number:

Department:

**Complaint to Action of Quiet Title/
Lis Pendens/ Declaratory Relief/
Temporary Restraining Order and
Preliminary Injunction/
Violation of Regulation Z of the Truth in
Lending Act, pursuant to Title 5 U.S.C.
section 1635(a) and Title 12 CFR 226.23
(d)(i).**

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 13 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

1/5
21

## COMPLAINT

COMES NOW the Plaintiff, LARA EKA HOWARD, and for their Complaint against

the Defendants above-named, state and allege as follows:

### JURISDICTION OF THE COURT

Jurisdiction of this Court is invoked under 28 U.S.C. Section 1343; and, 28 U.S.C.

Sections 1333 and 1337; Regulation Z of the Federal Truth in Lending Act/ GAAP/ the Federal

Reserve Board Regulation.

1