NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Lara Eka Howard
316 N. Winnipeg Pl. Unit A
Long Beach, CA 90814
(310) 908-5977

ATTORNEYS FOR:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lara Eka Howard<br>Plaintiff(s),<br>v.<br>Bank of America NA<br>Reconstruct Company NA<br>Defendant(s) | CASE NUMBER:<br>**CV11-00518-VBF (SSx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _____
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                             **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

January 10, 2011
Date

Sign

Lara Eka Howard
Attorney of record for or party appearing in pro per